# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **APPLE INC.,**<br>Movant,<br><br>v.<br><br>**MATCH GROUP, INC.,**<br>Defendant. | § Misc. Case No. _____<br>§<br>§ Underlying Litigation:<br>§<br>§ *Cameron v. Apple Inc.,*<br>§    No. 4:19-cv-3074<br>§<br>§ *In re Apple iPhone Antitrust Litigation,*<br>§    No. 4:11-cv-6714<br>§<br>§ U.S. District Court for the Northern District<br>§ Of California<br>§ |

## APPLE INC.'S MOTION TO COMPEL AND EXPEDITE PROCEEDINGS

Pursuant to Federal Rules of Civil Procedure 26(b), Apple Inc. ("Apple") respectfully moves this Court to compel discovery in response to a subpoena that Apple has served on Match Group, Inc. ("Match") in connection with *Cameron v. Apple Inc.*, No. 4:19-cv-03074-YGR (N.D. Cal.) and *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR (N.D. Cal.) (the "Subpoena").  Apple further moves this court to expedite the proceedings.

This motion is accompanied by a brief that sets forth the reasons it is appropriate to compel Match to provide discovery in response to Apple's subpoena.  For the reasons stated in the accompanying brief, Apple respectfully asks the Court to grant the requested relief.

2

DATED:  July 21, 2021

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Betty X. Yang*

Jay P. Srinivasan
*Pro hac vice* application forthcoming
Betty X. Yang
Texas State Bar No. 24088690
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Tel:  214.698.3226
Fax: 214.571.2968

*Attorneys for Defendant Apple Inc.*

## CERTIFICATE OF CONFERENCE

I hereby certify that I met and conferred with Brandon Kressin, counsel for Match Group, Inc., on June 15, 2021 and July 20, 2021.  The parties were unable to reach an agreement on the subject of this motion and thus this motion is opposed.

By: */s/ Betty X. Yang*

Betty X. Yang

## **CERTIFICATE OF SERVICE**

I, Betty Yang, an attorney, hereby certify that on July 21, 2021, I caused a true and correct copy of the foregoing to be filed and served electronically via the court's CM/ECF system.  Notice of this filing was sent via email to the following parties.

Brandon Kressin
KANTER LAW GROUP
1717 K Street NW
Suite 900
Washington, DC 20006
Tel.: 202-792-3037
brandon@kanterlawgroup.com

*Counsel for Match Group, Inc.*

*/s/ Betty Yang*
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Tel:  214.698.3226
Fax:  214.571.2968
byang@gibsondunn.com