UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **APPLE INC.**, <br><br>           Plaintiff, <br><br>      vs. <br><br> **MATCH GROUP, INC.**, <br><br>           Defendant. | Case No.: 21-MC-80184-YGR <br><br> **ORDER OF REFERENCE TO MAGISTRATE JUDGE HIXSON FOR SUBPOENA COMPLIANCE DISPUTE** |

Pursuant to Local Rule 72-1, this matter is **REFERRED** to Magistrate Judge Thomas S. Hixson for consideration. Judge Hixson will advise the parties of how the matter will proceed.

**IT IS SO ORDERED**.

Dated: August 5, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

cc: MagRef Email;
    Judge Thomas S. Hixson