**FILED**

Aug 09 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ~~TEXAS~~ CALIFORNIA
~~DALLAS DIVISION~~

| | |
|---|---|
| **APPLE INC.,**<br>Movant,<br><br>v.<br><br>**MATCH GROUP, INC.,**<br>Defendant. | § Case No. 3:21-mc-00163-X<br>§<br>§ Underlying Litigation:<br>§<br>§ *Cameron v. Apple Inc.,*<br>§    No. 4:19-cv-3074<br>§<br>§ *In re Apple iPhone Antitrust Litigation,*<br>§    No. 4:11-cv-6714<br>§<br>§ U.S. District Court for the Northern District<br>§ Of California |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL**

Upon consideration of the Motion for Leave to File Under Seal filed by Apple, Inc., it is hereby:

ORDERED that Apple's Motion for Leave to File Under Seal is GRANTED.

SO ORDERED.

Dated: August 9, 2021

/s/ _____
United States ~~District Court~~ Judge
      Magistrate
Thomas S. Hixson