UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **APPLE INC.,** | § | Misc. Case No. 3:21-mc-00163-X. |
| Movant, | § § | Underlying Litigation: |
| v. | § § | *Cameron v. Apple Inc.,* |
| **MATCH GROUP, INC.,** | § § | No. 4:19-cv-3074 |
| Defendant. | § § | *In re Apple iPhone Antitrust Litigation,* |
| | § § | No. 4:11-cv-6714 |
| | § § | U.S. District Court for the Northern District Of California |

DENIED [stamp — Judge Thomas S. Hixson]

DENIED AS MOOT.
8/9/2021

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Jay P. Srinivasan                                                                 , with offices at

333  South Grand Avenue
(Street Address)

Los Angeles                               CA                        
(City)                                          (State)                    (Zip Code)

(213) 229-7000                            (213) 229-7520            90071
(Telephone No.)                           (Fax No.)

**II.**  Applicant will sign all filings with the name  Jay P. Srinivasan                               .

**III.**  Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Apple Inc.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____California_____, where Applicant regularly practices law.

Bar license number: __181471__  Admission date: _January 2, 1996_

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| USDC – Central District of California | 02/21/1996 | Active |
| USDC – Northern District of California | 09/16/2020 | Active |
| USDC – Southern District of California | 04/06/2018 | Active |
| Sixth Circuit Court of Appeals | 01/30/2008 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Betty X. Yang                                                                     , who has offices at

2001 Ross Avenue, Suite 2100
(Street Address)

Dallas                                         TX                         75201-2923
(City)                                        (State)                    (Zip Code)

(214) 698-3100                                (214) 571-2900
(Telephone No.)                               (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓]  Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]  Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  30th  day of   July,   2021  .

Jay P. Srinivasan
Printed Name of Applicant

*/s/ Jay P. Srinivasan*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

### CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

#### *JAGANNATHAN P. SRINIVASAN*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify JAGANNATHAN P. SRINIVASAN #181471, was on the 2nd day of January, 1996 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on this day of July 23rd, 2021.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By:_____
Florentino Jimenez, Assistant Deputy Clerk